# Exhibit A

# RUBIN & RUBIN

### TRIAL LAWYERS

rubinandrubin.com

May 29, 2019

*Via Certified U.S. Mail*

Martin County Sheriff's Office
Attention: Sheriff William D. Snyder
800 SE Monterey Road
Stuart, FL  34994

Department of Financial Services
Chief Financial Officer Jeff Atwater
200 E. Gaines St.
Tallahassee, FL  32399

**Re: Notice of Intent to Sue Pursuant to Florida Statutes § 768, et seq.**

Dear Sirs,

Please be advised this firm represents the interests of H          S          for injuries he sustained in connection with the actions of the Martin County Sheriff's Office and its employees, agents or servants on or about January 4, 2019. This letter is being sent pursuant to Section § 768.28(6)(a), Florida Statutes.          Date of Birth is          2005; SSN:          Place of Birth:          Rhode Island.

Accordingly, this letter shall serve as a formal Notice of the intention of H          M          mother, to initiate litigation against the Martin County Sheriff's Office for all injuries suffered by          as a result of the actions of its employees, agents, or servants in the past and into the future related to the incident involving          on January 4, 2019, and in violation of his Civil Rights.

There are no adjudicated unpaid claims in excess of $200.00.

As required under Florida Statutes Chapter 627 et seq., please provide this office, within 30 days, all policies of insurance that were in place at the time of this incident, i.e., January 4, 2019. Additionally, please have the adjuster who is assigned to this case contact my office so that we can open discussions concerning resolution of this case prior to the filing of the complaint.

Finally, please provide me with all records, reports and other documents in possession of the Martin County Sheriff's office concerning the incident involving H          S

Please govern yourselves accordingly. If you have any questions about this notice or wish to communicate regarding the details of this claim, please contact me.

Sincerely,

Todd M. Norbraten, Esq.
tnorbraten@rubinandrubin.com

Reply by mail to: P.O. Box 395, Stuart, FL  34995

PO Box 395 Stuart, FL 34995   P  772.283.2004   F  772.283.2009   E  info@rubinandrubin.com
1649 Atlantic Blvd. Jacksonville, Florida 32207

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To MCSO Attn W Snyder
Street and Apt. No., or PO Box No. 800 SE Monterey Rd
City, State, ZIP+4® Stuart FL 34994

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MCSO - Attn: W. Snyder
800 SE Monterey Rd.
Stuart FL 34994

9590 9402 4520 8278 2294 94

2. Article Number *(Transfer from service label)*

7016 1370 0000 9959 1727

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X C C_____    ☐ Agent
                       ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                   5/31/19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (00)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To  Dept. Of Financial Svc. – CFO Atwater
Street and Apt. No., or PO Box No.  200 E Gaines St.
City, State, ZIP+4®  Tallahassee FL 32301

Postmark Here — STUART FL 349 — MAY 29 2019 — USPS

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 1370 0000 9959 1734

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dept. Of Fin. Svc. – CFO Atwater
200 E. Gaines St.
Tallahassee FL 32301

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 4520 8278 2294 87

2. Article Number *(Transfer from service label)*

7016 1370 0000 9959 1734

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)* ...ter McC.  C. Date of Delivery
Received by DEPT OF FINANCIAL SERVICES
TALLAHASSEE FL 32399-0317

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt