UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14319-CIV-CANNON/Maynard

**H.M.**,
individually and as Guardian for H.S.
an Unemancipated Minor,

    Plaintiff,

v.

**DEPUTY SHERIFF NICHOLAS VINCENT CASTORO**
in his individual capacity,
and **SHERIFF WILLIAM D. SNYDER**
in his official capacities,

    Defendants.
_____/

## ORDER REFERRING CASE TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1, it is **ORDERED** that this case is **REFERRED** to Magistrate Judge Shaniek M. Maynard for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendations on any dispositive matter.

**DONE AND ORDERED** at Fort Pierce, Florida this 8th day of September 2021.

                                                AILEEN M. CANNON
                                                UNITED STATES DISTRICT JUDGE

cc:    counsel of record