UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 21-14319-CIV-CANNON/Maynard

**H.M.**,
individually and as Guardian for H.S.
an Unemancipated Minor,

    Plaintiff,
v.

**DEPUTY SHERIFF NICHOLAS VINCENT CASTORO**
in his individual capacity,
and **SHERIFF WILLIAM D. SNYDER**
in his official capacities,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATIONS**

**THIS CAUSE** comes before the Court upon Defendant Sheriff [William D. Snyder]'s Motion to Dismiss [ECF No. 7], filed on September 7, 2021. On September 9, 2021, the Court referred this case to Magistrate Judge Shaniek M. Maynard for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 9]. On April 14, 2022, Judge Maynard issued a Report ("R&R") recommending that the Motion to Dismiss be granted [ECF No. 17]. Both Plaintiff and Defendant filed Notices of Non-Objection to the R&R [ECF Nos. 18 and 19].

Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion to Dismiss [ECF No. 7] should be **GRANTED** for the reasons set forth therein.

CASE NO. 21-14319-CIV-CANNON/Maynard

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R [ECF No. 17] is **ADOPTED**.

2. Defendant Sheriff [William D. Snyder]'s Motion to Dismiss [ECF No. 7], is **GRANTED**.

3. On **or before May 27, 2022**, Plaintiff shall file an amended complaint to replead a viable claim for vicarious liability against Defendant Sheriff William D. Snyder.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 28th day of April 2022.

　　　　　　　　　　　　　　　　　　　　**AILEEN M. CANNON**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

cc:　counsel of record